■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHURIRAM SEECHARAN, Appellant. [700 NYS2d 479] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered March 25, 1998, convicting him of assault in the first degree and assault in the second degree (three counts), upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NARINDRE SEECHARAN, Appellant. [700 NYS2d 753] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered February 24, 1998, convicting him of assault in the first degree, assault in the second degree (three counts), and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed (*see, People v Seecharan,* 267 AD2d 481 [decided herewith]). Bracken, J. P., Joy, Goldstein and Florio, JJ., concur.